**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**HAROLD STRICKLAND** **PLAINTIFF**

**v.** **No. 4:23-cv-266-DPM**

**BROCKMAN, Sgt., Faulkner County Detention Center; HUFFMAN, Captain, Faulkner County Detention Center; SCOTT, Lt., Faulkner County Detention Center; TIM RYALS; and DOES, Captain, "John" and "Jane," Faulkner County Detention Center** **DEFENDANTS**

**ORDER**

**1.** The Court withdraws the reference.

**2.** Strickland hasn't paid the $402 administrative and filing fee or filed an application to proceed *in forma pauperis*; and the time to do so has passed. *Doc. 2.* His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

D.P. Marshall Jr.
United States District Judge

24 May 2023